UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY SILVA, RONALD SILVA AND JEAN SILVA | * * * | CIVIL ACTION: 09-2778 |
| VERSUS | * * * | SECTION: K |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | * * | MAGISTRATE: 2 |

*************************************************************************

## ORDER

**CONSIDERING** the foregoing Joint Motion to Remand to State Court:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above matter is hereby Remanded to the Thirty-Fourth Judicial District Court for the Parish of St. Bernard.

**NEW ORLEANS, LOUISIANA,** this, the 16th day of June, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT